IN THE UNITED STATES DITRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x

MISTER COFFEE, INC.,
901 E. Clemens Bridge Rd.
Runnemede, NJ 08078

MISTER SOFTEE OF QUEENS, INC.,
216-04 Hempstead Avenue
Queens Village, NY 11429, and

SPABO ICE CREAM CORP.
748 Southern Boulevard
Bronx, NY 10455

                Plaintiffs,                Civil Action No. Misc. 15 - 0540

    -against –

                                       Stipulation of Adjournment

MARIOS ERACLEOUS ACCOUNTING
23-09 31st Street, 2nd Floor
Astoria, New York 11102
                Defendants.
------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED TO THAT:

1. Subject to the approval of this Court, the return date for this matter, scheduled for Tuesday, March 31st 2015, is hereby adjourned for a period of one (1) week to Tuesday, April 7th 2015 at 10:00 a.m.; and

2. The defendant/respondent, Marios Eracleous Accounting, agrees to reimburse the plaintiffs' reasonable attorney's fees and costs associated with the instant Order to Show cause; and

3. Finally, it is stipulated and agreed to that the facsimile signatures below shall be deemed originals for the purpose of this Stipulation of Adjournment.

(Stipulation, p. 2)

Dated: March 27, 2015

                              Anastasios Sarikas, Esq.,
Attorney for Defendant MARIOS ERACLEOUS ACCOUNTING
                              23-09   31st Street
                              Astoria, New York 11105
                              Tel: (718) 545-8866
                              Fax: (347) 808-8487

                              Mark H. Jaffe, Esq., Partner
                              Tor Ekeland, P.C.
                              Attorneys for Plaintiffs
                              195 Plymouth Street, Fifth Floor
                              Brooklyn, New York 11201-1044
                              Tel: (718) 737-7264.